UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| DONEL DAVIDSON, Derivatively on Behalf of L BRANDS, INC., <br><br> Plaintiff, <br><br> v. <br><br> LESLIE H. WEXNER, STUART B. BURGDOERFER, ALLAN R. TESSLER, RAYMOND ZIMMERMAN, ABIGAIL S. WEXNER, DONNA A. JAMES, E. GORDON GEE, MICHAEL G. MORRIS, STEPHEN D. STEINOUR, PATRICIA S. BELLINGER, ROBERT H. SCHOTTENSTEIN, DAVID T. KOLLAT, and DENNIS S. HERSCH, <br><br> Defendants, <br> -and- <br><br> L BRANDS, INC., a Delaware corporation, <br><br> Nominal Defendant. | Case No. 2:20-cv-00926-SDM-CMV <br><br> JOINT STIPULATION AND ORDER VOLUNTARILY DISMISSING ACTION WITHOUT PREJUDICE |

Pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, plaintiff Donel Davidson ("Plaintiff"), defendants Leslie H. Wexner, Stuart B. Burgdoerfer, Allan R. Tessler, Raymond Zimmerman, Abigail S. Wexner, Donna A. James, E. Gordon Gee, Michael G. Morris, Stephen D. Steinour, Patricia S. Bellinger, Robert H. Schottenstein, David T. Kollat, and Dennis S. Hersch (the "Individual Defendants"), and nominal defendant L Brands, Inc. ("L Brands" or the "Company") (together with the Individual Defendants, "Defendants"), by and through their respective counsel, respectfully request the Court enter an Order granting Plaintiff's request to voluntarily dismiss the above-captioned action without prejudice. In support thereof, the parties state as follows:

WHEREAS, on July 21, 2020, pursuant to the stipulation of the parties, the Court entered an order staying proceedings in this Action pending resolution of the motion to dismiss the factually related securities class action, captioned *Walker v. L Brands, Inc.*, Case No. 2:19-cv-03186-SDM-CMV (S.D. Ohio) (the "Securities Action");

WHEREAS, on October 16, 2020, the Court granted the motion to dismiss the Securities Action without leave to amend;

WHEREAS, the parties agree that, in light of the outcome of the Securities Action, this Action should be dismissed without prejudice, with each party to bear his, her, or its own fees and costs incurred in connection with this litigation; and

WHEREAS, the parties agree that notice to L Brands stockholders of this voluntary dismissal is not required under Federal Rule of Civil Procedure 23.1(c) because the dismissal sought would be without prejudice to L Brands or to other stockholders who may wish to pursue the derivative claims on behalf of L Brands, and no compensation or promise of compensation in any form has passed directly or indirectly from any Defendant to Plaintiff or Plaintiff's counsel in exchange for the proposed voluntary dismissal.

NOW THEREFORE, the parties STIPULATE and AGREE and respectfully request that the Court enter an Order approving the voluntarily dismissal of this Action pursuant to Rules 23.1(c) and 41(a) of the Federal Rules of Civil Procedure, as follows:

1.    The above-captioned action is dismissed without prejudice, with the parties to bear their own costs and fees.

**IT IS SO STIPULATED.**

Dated: November 5, 2020                    Respectfully submitted,

/s/ Shane P. Sanders
SHANE P. SANDERS

ROBBINS LLP
BRIAN J. ROBBINS
CRAIG W. SMITH
5040 Shoreham Place
San Diego, CA 92122
Telephone: (619) 525-3990
Facsimile: (619) 525-3991
E-mail: brobbins@robbinsllp.com
     csmith@robbinsllp.com
     ssanders@robbinsllp.com

LAW OFFICES OF JOHN C. CAMILLUS, LLC
JOHN C. CAMILLUS
P.O. Box 141410
Columbus, OH 43214
Telephone: (614) 992-1000
Facsimile: (614) 559-6731
E-mail: jcamillus@camilluslaw.com

*Attorneys for Plaintiff Donel Davidson*

Dated: November 5, 2020

/s/ Anthony J. O'Malley
    ANTHONY J. O'MALLEY

Anthony J. O'Malley (0017506)
Angelyne E. Lisinski (0089699)
VORYS, SATER, SEYMOUR
  AND PEASE LLP
200 Public Square
Suite 1400
Cleveland, OH 44114
Telephone: (216) 479-6159
Facsimile: (216) 937-3735
E-mail: ajomalley@vorys.com
E-mail: aelisinski@vorys.com

DAVIS POLK & WARDWELL LLP
Andrew Ditchfield (*pro hac vice*)
Mari Byrne (*pro hac vice*)
450 Lexington Avenue
New York, NY 10017
Telephone: 212-450-4000
Fax: 212-701-5800
andrew.ditchfield@davispolk.com
mari.byrne@davispolk.com

*Attorneys for Defendants Leslie H. Wexner, Stuart
B. Burgdoerfer, Allan R. Tessler, Raymond
Zimmerman, Abigail S. Wexner, Donna A. James,
E. Gordon Gee, Michael G. Morris, Stephen D.
Steinour, Patricia S. Bellinger, Robert H.*

*Schottenstein, David T. Kollat, Dennis S. Hersch,*
*and nominal defendant L Brands, Inc.*

\*\*\*\*

## <u>ORDER</u>

PURSUANT TO STIPULATION, IT IS SO ORDERED.

<u>s/ Sarah D. Morrison</u>
SARAH D. MORRISON
UNITED STATES DISTRICT JUDGE